UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DR. GIRISH SAHU, MD, | Case No. 14-CV-5107 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| MINNEAPOLIS COMMUNITY AND TECHNICAL COLLEGE; DR. HAFED BOUASSIDA, PhD; DR. JESS LEE NIEBUHR, PhD; and DIANNA CUSICK, | |
| Defendants. | |

---

On January 26, 2016, the Court dismissed plaintiff Girish Sahu's complaint (some claims with prejudice, and others without). Judgment was entered the next day. This matter is now before the Court on Sahu's motion to alter that judgment under Federal Rule of Civil Procedure 59(e).

"'Rule 59(e) motions serve the limited function of correcting manifest errors of law or fact or to present newly discovered evidence.'" *Holder v. United States*, 721 F.3d 979, 986 (8th Cir. 2013) (quoting *United States v. Metro. Saint Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006)). In his 49-page brief, Sahu largely repeats the same arguments and facts he already offered in his earlier—and similarly lengthy—complaint and briefs.

Sahu has offered no new evidence and has not convinced the Court of any error, manifest or otherwise.  His motion [ECF No. 76] therefore is DENIED.

Dated:  February 26, 2016                              s/Patrick J. Schiltz
                                                                                      Patrick J. Schiltz
                                                                                      United States District Judge